157 A.3d 819

**RAMSEY, Jamel R.**

v.

**STATE of Maryland**

**Pet. Docket No. 635, Sept. Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2677, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 819

**REEVES**

v.

**COUNCIL OF UNIT OWNERS OF SOLOMONS LANDING CONDO**

**Pet. Docket No. 592, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Appeal dismissed by the Court of Special Appeals (No. 1923, Sept. Term, 2015).

Petition for writ of certiorari denied